UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-22952-UU

JOHN SCHAMY,

    Plaintiff,

v.

FORTUNE INTERNATIONAL REALTY, INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice. D.E. 8.

THE COURT has reviewed the Notice, the pertinent portions of the record, and is otherwise fully advised in the premises. On August 8, 2019, Plaintiff filed the Notice of Voluntary Dismissal informing the Court that he dismissed this action without prejudice against Defendant. D.E. 8. Accordingly, it is hereby

ORDERED AND ADJUDGED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this action are DISMISSED WITHOUT PREJUDICE. Each party shall bear its own attorney's fees and costs related to this action. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this \_8th\_ day of August, 2019.

*Ursula Ungaro*
UNITED STATES DISTRICT JUDGE

cc:  all counsel of record via cm/ecf